UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS

| | |
|---|---|
| KARINA-PATRICIA MARANCA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:18-cv-2149 |
| ) | |
| CHASE BANK USA, N.A., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, KARINA-PATRICIA MARANCA ("Plaintiff"), by her attorneys, and hereby alleges the following against CHASE BANK USA, N.A. ("Defendant"):

## INTRODUCTION

1. This action is brought pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts and transactions giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transactions business in this district.

## PARTIES

4. Plaintiff is a natural person residing in Rowlett, Texas.

5. Defendant is a business entity with a business office located in Wilmington, Delaware.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

7. In 2017, Defendant started calling (972) 971-80XX.

8. Telephone number (972) 971-80XX is assigned to a cellular telephone.

9. Telephone number (972) 971-80XX is Plaintiff's cellular telephone.

10. Defendant's calls were related to a credit card.

11. These calls were for a non-emergency purpose.

12. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant placed them by using an automatic telephone dialing system.

13. On or about January 16, 2018, Plaintiff instructed Defendant, through its employee, representative, or agent, to stop calling her.

14. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone.

15. After January 16, 2018, Defendant used an automatic telephone dialing system to call Plaintiff's cellular telephone at least seventy-two (72) times.

16. Defendant called Plaintiff's cell phone multiple times per day.

17. Defendant willfully and voluntarily used an automatic telephone dialing system to place these calls.

18. Defendant intended to use an automatic telephone dialing system to place these calls.

19. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

20. Plaintiff is annoyed and feels harassed by Defendant's calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

21. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

22. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, KARINA-PATRICIA MARANCA, respectfully requests judgment be entered against Defendant, CHASE BANK USA, N.A., for the following:

23. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B),

24. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

25. All court costs, witness fees and other fees incurred,

26. Any other relief that this Honorable Court deems appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 15, 2018 | /s/ Adam T. Hill |
|  | Adam T. Hill |
|  | KROHN & MOSS, LTD. |
|  | 10 N. Dearborn St., 3rd Fl. |
|  | Chicago, Illinois 60602 |
|  | Telephone:  312-578-9428 |
|  | Telefax:  866-861-1390 |
|  | ahill@consumerlawcenter.com |
|  | Attorneys for Plaintiff |