IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Karina-Patricia Maranca, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:18-cv-2149 |
| Chase Bank USA, N.A., | § § | |
| Defendant. | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karina-Patricia Maranca ("Plaintiff") and Defendant Chase Bank USA, N.A. ("Defendant") hereby give notice to this Court that Plaintiff's claims asserted in the above-captioned matter have been resolved and stipulate to the dismissal with prejudice of all claims asserted in this case. The Parties expressly agree that the dismissal of this matter is intended to operate as a resolution of the merits of this case and intend for this dismissal to have res judicata effect. The Parties respectfully request that the Court dismiss this case with prejudice, with all costs to be borne by the party incurring the same.

DB2/ 35446706.1

Dated: November 16, 2018                                MORGAN, LEWIS & BOCKIUS LLP

BY: */S/ David I. Monteiro*
    David I. Monteiro

    Michelle Park Chiu
    (*pro hac vice* application to be filed)
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    (415) 442-1184
    (415) 442-1001 (fax)
    michelle.chiu@morganlewis.com

    David I. Monteiro
    MORGAN, LEWIS & BOCKIUS LLP
    1717 Main Street, Suite 3200
    Dallas, TX 75201
    (214) 466-4000
    (214) 466-4001 (fax)
    david.monteiro@morganlewis.com

    Jillian Harris
    MORGAN, LEWIS & BOCKIUS LLP
    1717 Main Street, Suite 3200
    Dallas, TX 75201
    (214) 466-4000
    (214) 466-4001 (fax)
    jillian.harris@morganlewis.com
    **Attorneys for Chase Bank USA, N.A.**


By: */s/ Adam T. Hill*
    Adam T. Hill
    KROHN & MOSS, LTD.
    10 N. Dearborn St., 3rd. Fl.
    Chicago, Illinois, 60602
    Telephone: 312-578-9428
    Telefax: 866-861-1390
    ahill@consumerlawcenter.com
    **Attorneys for Plaintiff Karina-Patricia Maranca**

## CERTIFICATE OF SERVICE

I, David Monteiro, filed a true and correct copy of this document via the Northern District's CM/ECF System on November 16, 2018.  The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

    /s/ *David Monteiro*
    David Monteiro